# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| EMELY CAMACHO, | ) | CASE NO. 1:17-cv-222 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | MEMORANDUM OPINION AND |
| | ) | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation of Magistrate Judge James Knepp, recommending that the decision of the defendant Commissioner of Social Security ("defendant") denying the application of plaintiff Emely Camacho ("plaintiff") for supplemental security income ("SSI") be reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g). (*See* Doc. No. 15 (Report and Recommendation ["R&R"]) at 581-82.[1]) The defendant's response states that it will not be filing objections to the R&R. (Doc. No. 16.)

---

[1] References to page numbers are to the page identification numbers generated by the Court's electronic filing system.

Under the relevant statute:

Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C).

The failure to file written objections to the report and recommendation of a magistrate judge constitutes a waiver of a de novo determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed Magistrate Judge Knepp's report and recommendation that the defendant's decision denying SSI is not supported by substantial evidence, and accepts and adopts the same. Accordingly, the final decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

Dated: December 14, 2017

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**